*State, Petitioner, v. Payne, Respondent,* No. 74169-7. Petition for review of a decision of the Court of Appeals, No. 27254-7-II, May 28, 2003, 117 Wn. App. 99. *Denied* January 7, 2004.

*State, Respondent, v. Route, Petitioner,* No. 74170-1. Petition for review of a decision of the Court of Appeals, Nos. 49418-0-1, 49485-6-I, June 2, 2003, 117 Wn. App. 1007. *Denied* January 7, 2004.

*State, Respondent, v. Pullman, Petitioner,* No. 74192-1. Petition for review of a decision of the Court of Appeals, No. 51072-0-I, June 2, 2003, 117 Wn. App. 1010. *Denied* January 7, 2004.

*State, Respondent, v. Sherman, Petitioner,* No. 74199-9. Petition for review of a decision of the Court of Appeals, No. 50330-8-I, June 9, 2003, 117 Wn. App. 1018. *Denied* January 7, 2004.

*Ho, Respondent, v. Assoc. Travel, Inc., et al., Petitioners,* No. 74211-1. Petition for review of a decision of the Court of Appeals, No. 50424-0-I, May 5, 2003, 116 Wn. App. 1061. *Denied* January 7, 2004.

*State, Respondent, v. Pfaff, Petitioner,* No. 74213-8. Petition for review of a decision of the Court of Appeals, Nos. 28239-9-II, 28929-6-II, April 23, 2003, 116 Wn. App. 1047. *Denied* January 7, 2004.

*State, Respondent, v. Jacobson, Petitioner,* No. 74216-2. Petition for review of a decision of the Court of Appeals, No. 49890-8-I, April 21, 2003, 116 Wn. App. 777. *Denied* January 7, 2004.

*Barfield, Petitioner, v. Estate of Barfield, et al., Respondents,* No. 74218-9. Petition for review of a decision of the Court of Appeals, No. 51884-4-I, May 12, 2003, 116 Wn. App. 1072. *Denied* January 7, 2004.